# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9467660 | ZWECK | 323 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 0752 hrs 12/10/2025
Offense Charged: MTA 21-801.1 (State Code)
Place of Offense: Porter Street Fort Detrick MD

Offense Description: Factual Basis for Charge
MTA 21-801.1 Exceed max speed 35mph in a 25mph zone

**DEFENDANT INFORMATION**
Last Name: ANDAMA  First: DONNA  MI: Cheryl

Tag No: 6DK9007  State: MD  Year: 18  Make: DODG  Model: TK  Color: White

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ 80 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ 110 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 1520 Freedman Drive Fort Detrick MD 21702
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9467660*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Dec 10, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 20251210 At 0752hrs I observed a white Dodge Bearing MD REG 6DK9007 Traveling East on Porter at a high rate of speed. My visual observation was confirmed by LIDAR with an Audio/Digital display of 35mph in a clearly posted 25mph zone. I actuated my emergency equipment and conducted a traffic stop. I identified the operator Andama by their Driver's License.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/10/2025  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident